IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01593-MSK-NYW

FERNANDINO FUSTERO, and
IDA DANDRIDGE,

    Plaintiff,

DAVITA HEALTHCARE PARTNERS, INC., and
TOTAL RENAL CARE**,**

    Defendants.

# FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #38**) filed on September 27, 2018, GRANTING Defendants' Motion to Dismiss (**Doc. #30**) it is

ORDERED that all of the claims are DISMISSED in accordance with **Doc. #38**.

ORDERED that costs are awarded to the defendant and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case will be closed.

DATED this 27th day of September, 2018.

                                        ENTERED FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        s/Patricia Glover
                                            Deputy Clerk